# EXHIBIT A

## 2084CV02684 Jeannte, Joel vs. Auto Zone et al

Case Type:
Administrative Civil Actions

Case Status:
Open

File Date
11/20/2020

DCM Track:
A - Average

Initiating Action:
Civil Rights Act, G.L. c. 12 § 11H

Status Date:
11/20/2020

Case Judge:

Next Event

---

| All Information | Party | Tickler | Docket | Disposition |

### Party Information

**Jeannte, Joel**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number
- 

More Party Information

**Auto Zone**
- Defendant

Alias

**Party Attorney**

More Party Information

**., Amani**
- Defendant

Alias

**Party Attorney**

More Party Information

**., Angel**
- Defendant

Alias

**Party Attorney**

More Party Information

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 11/20/2020 | 02/18/2021 | 90 | |
| Answer | 11/20/2020 | 03/22/2021 | 122 | |
| Rule 12/19/20 Served By | 11/20/2020 | 03/20/2021 | 120 | |
| Rule 12/19/20 Filed By | 11/20/2020 | 04/20/2021 | 151 | |
| Rule 12/19/20 Heard By | 11/20/2020 | 05/19/2021 | 180 | |
| Rule 15 Served By | 11/20/2020 | 01/14/2022 | 420 | |
| Rule 15 Filed By | 11/20/2020 | 02/14/2022 | 451 | |
| Rule 15 Heard By | 11/20/2020 | 02/14/2022 | 451 | |
| Discovery | 11/20/2020 | 11/10/2022 | 720 | |
| Rule 56 Served By | 11/20/2020 | 12/12/2022 | 752 | |
| Rule 56 Filed By | 11/20/2020 | 01/09/2023 | 780 | |
| Final Pre-Trial Conference | 11/20/2020 | 05/09/2023 | 900 | |
| Judgment | 11/20/2020 | 11/20/2023 | 1095 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/20/2020 | Attorney appearance<br>On this date Pro Se added for Plaintiff Joel Jeannte | | |
| 11/20/2020 | Case assigned to<br>DCM Track A - Average was added on 11/20/2020 | | |
| 11/20/2020 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed with Supplemental affidavit Allowed (Filing and service only) | 1 | |
| 11/20/2020 | Original civil complaint filed. | 2 | Image |
| 11/20/2020 | Civil action cover sheet filed | 3 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

| CIVIL ACTION COVER SHEET | DOCKET NUMBER 20 - 2684 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): Joel Leanite | COUNTY |
|---|---|
| ADDRESS: e hestin pMT K Roxbury MA, 02119 | DEFENDANT(S): Auto Zone, Amani and Angel |

ATTORNEY:

ADDRESS:          ADDRESS: 333 Warren St Roxbury MA 02119

BBO:

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

CODE NO. E 1    TYPE OF ACTION (specify) Civil Right    TRACK    HAS A JURY CLAIM BEEN MADE?
☐ YES  ☑ NO

"If "Other" please describe:

Is there a claim under G.L. c. 93A? ☐ YES ☐ NO      Is this a class action under Mass. R. Civ. P. 23? ☐ YES ☐ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................. $
2. Total doctor expenses ............................................................. $
3. Total chiropractic expenses ..................................................... $
4. Total physical therapy expenses .............................................. $
5. Total other expenses (describe below) ...................................... $
                                            Subtotal (A): $

B. Documented lost wages and compensation to date ................................................. $
C. Documented property damages to date .................................................................. $
D. Reasonably anticipated future medical and hospital expenses ............................... $
E. Reasonably anticipated lost wages ........................................................................ $
F. Other documented items of damages (describe below) ............................................ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury: mental and Verbal Abuse And sales Agreement zone violation buy Auto zone    TOTAL (A-F): $

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s): N Right UCCN 38    TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X _____ Date: 11/20/20

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____ Date:

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. _2084CV02684_

Joel Searnle

PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.

Auto Zone Amani and Angel

DEFENDANT(S) (PRINT NAME CLEARLY)

**COMPLAINT**

2020 NOV 20 P 2:
02119

**PARTIES**

1. Plaintiff(s) reside(s) at 6 Lestia Park Roxbury   City or Town
   Street

in the County of Soffolk.

2. Defendant(s) reside(s) at Auto zone Amani and/ Angel
   in the County of 333 Warren St Roxbury MA 02119
   Street                            City of Town

**FACTS**

3. On 9/21/20 I called autozon for a headgasket prove and pay to be 9/order and pick on 9/25

on 9/25/20 I called and change the order to a different part and ask Autozon. want to change it. Amani began yelling and being rude "you need to wear mask and Angel order armed guards to kick me out the store and refuse to refund me Amani And Angel violate code of conduct & breach sole and store control I now have Fear gons into the store and cause me mental afixetyos when I drive by auto zone.

discrimination, unfair dealing, fraud, negligent Are All factors on 9/25/20 around 4 - 5 o'clock

Juarez V. Auto zone store: discrimination base our gender

4.   Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes _____          No ___✓___

If Yes, describe the Court proceeding(s) and its/their status. _____

WHEREFORE, plaintiff demands that:

*Suarez V. Auto Zone*

*I expect 170 million Dollars*

*Due pain and suffering Breach of sales*

*Agreement contract threat with deadly force*

*by ware security and Anyel calling them in the store*

SIGNED UNDER THE PENALTIES OF PERJURY.

*ucc 1-308*

DATE: _____

_____
Signature of Plaintiff(s)

*Colestin Park*

_____
Street Address

*Roxbury MA, 02119*

_____
City/Town

_____
Telephone

## Notices
1:20-cv-12202 Jeannite v. AutoZone Inc., et al

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Storm, Christopher on 12/11/2020 at 1:07 PM EST and filed on 12/11/2020

**Case Name:**       Jeannite v. AutoZone Inc., et al
**Case Number:**     1:20-cv-12202
**Filer:**           AutoZone Inc.,
**Document Number:** 1

**Docket Text:**
NOTICE OF REMOVAL by AutoZone Inc., ( Filing fee: $ 402, receipt number 0101-8549711 Fee Status: Filing Fee paid) (Attachments: # (1) Civil Cover Sheet, # (2) Category Sheet)(Storm, Christopher)

**1:20-cv-12202 Notice has been electronically mailed to:**

Christopher C. Storm    cstorm@morrisonmahoney.com, sohare@morrisonmahoney.com

**1:20-cv-12202 Notice will not be electronically mailed to:**

Joel Jeannite
8 Hestia Park
Roxbury, MA 02119

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/11/2020] [FileNumber=9085122-0] [0b32378f0b746d6b1527e0529dfb63e07d4d0677cf0deee837d14c66eb98041f96 45a7e04130fdd08cb2498850b3feb7523700b564cc073a988c7c4f19e2d4d9]]
**Document description:**Civil Cover Sheet
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/11/2020] [FileNumber=9085122-1] [9af81781d70bf341894a286510d6c9d6a3e2aeea4704d5f810d2efa8c15707ebfa 582bb3b2f3a80b46171f4412630609cf1c6e91a0789ae3e254934d73062a4e]]
**Document description:** Category Sheet
**Original filename:**yes
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1029851931 [Date=12/11/2020] [FileNumber=9085122-
2] [c0f05033639d2d93b399e84a6c00e033eb89a90fcd6fbdf50921d55abed5833948
5c9e2d8f1a0a66f9f82319efb5de5efb60ad715c396584a23950eef4d50509]]